UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARON WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF MILLVILLE, et al.,<br><br>      Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 12-7540<br>(JEI/JS)<br><br>**ORDER** |

**APPEARANCES:**

CHRISTOPHER J. BASNER P.C.
By: Christopher J. Basner, Esq.
2 Kings Highway West, Suite 205
Haddonfield, New Jersey 08033
    Counsel for Plaintiff

GEMMEL, TODD & MERENICH, P.A.
By: Robert P. Merenich, Esq.
767 Shore Road
P.O. Box 296
Linwood, New Jersey 08221
    Counsel for Defendants City of Millville, William Stadnick,
    III, Lauren Van Embden, and Philip S. Van Embden, P.C.

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Defendants City of Millville, William Stadnick, III, Lauren Van Embden, and Philip S. Van Embden, P.C.'s Motion for Summary Judgment (dkt. no. 19); having reviewed the parties' submissions and having heard oral argument on March 7, 2014; and for the

reasons set forth in an Opinion on even date herewith; and for good cause appearing:

IT IS on this 13th day of March, 2014,

**ORDERED THAT:**

1. At the request of the Plaintiff, Sharon Williams, at oral argument to withdraw the state-law claims contained in the Complaint, Count II of the Complaint is hereby **DISMISSED with prejudice.**

2. Defendants City of Millville, William Stadnick, III, Lauren Van Embden, and Philip S. Van Embden, P.C.'s Motion for Summary Judgment (Docket #19) is **GRANTED**.

3. The Clerk of Court is hereby directed to **CLOSE THIS FILE**.

JOSEPH E. IRENAS, S.U.S.D.J.

2